# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KHARGIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPCOMMERCE GOODS, INC.,<br><br>Defendant. | Case No.  4:23-cv-00208-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION FOR TWENTY-ONE DAY EXTENSION OF MOTION TO COMPEL ARBITRATION BRIEFING DEADLINES** |

Having considered the parties' Joint Stipulation for Twenty-One Day Extension of Motion to Compel Arbitration Briefing Deadlines, and for good cause shown, the Court hereby GRANTS the joint stipulation.  Plaintiff's response to the Motion to Compel Arbitration shall be due on March 30, 2023 and Defendant's reply shall be due on April 20, 2023.

IT IS SO ORDERED

Date:  3/2/2023

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

CASE NO. 4:23-CV-00208-HSG

1